

**White, Hilferty & Albanese**
Employment Attorneys

**Nina A. Ovrutsky,** *Associate*
NAO@NYCJobAttorney.com
Direct: 646 380 0037

May 17, 2019

**Via ECF:**
Magistrate Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Espiritu et al., v. Gourmet Bagel et al.,*
    **Case No.: 17-cv-07072**

Your Honor,

  Plaintiffs' write in accordance with Your Honor's order dated May 22, 2019. Plaintiffs' propose that the case remains stayed until the Defendants' bankruptcy proceeding concludes, or the Defendants' file a certificate of bankruptcy.

          Respectfully submitted,

          */s/Nina A. Ovrutsky*