# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

October 25, 2019

**VIA ECF**
Hon. Roanne L. Mann
Chief Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Espiritu, et al. v. Gourmet Bagel, et al. Case No. 17-CV-07072 (ARR)(RLM)**

Dear Judge Mann:

    Our office is Bankruptcy counsel to Defendant Bagels on Lex (Gourmet Bagels) in their Chapter 7 Bankruptcy. We write to advise your Honor on the status of the Chapter 7 cases.
    As your Honor may recall the 2 individual defendants received their discharges. With respect to Gourmet bagel the Chapter 7 trustee has moved for and been granted an Order for an accounting of sale proceeds of the corporation and for turnover of funds from a sale. The Plaintiffs have filed claims and should be paid if any money is recovered by the chapter 7 trustee.

    If you have any further questions, please feel free to contact my office.

Sincerely,

Lawrence Morrison, Esq.

CC: All Counsel of record via ECF