# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

May 20, 2020

<u>**VIA ECF**</u>

Hon. Roanne L. Mann Chief
Magistrate Judge United States
District Court 225 Cadman Plaza
East Brooklyn, New York 11201

<u>**Re: Espiritu, et al. v. Gourmet Bagel, et al. Case No. 17-CV-07072 (ARR)(RLM)**</u>

Dear Judge Mann:

      Our office is Bankruptcy counsel to Defendant Bagels on Lex (Gourmet Bagels) in their Chapter 7 Bankruptcy. We write to further update your Honor on the status of the Chapter 7 cases.

      As your Honor may recall the 2 individual defendants received their discharges. With respect to Gourmet bagel the Chapter 7 trustee is still reviewing the documents provided. Based on my conversation with the trustee, it is my understanding that this case will remain open for while the Trustee determines whether he wishes to commence any adversary proceedings.

      If you have any further questions, please feel free to contact my office.

Sincerely,

Lawrence Morrison, Esq.

CC: All Counsel of record via ECF