

**White, Hilferty & Albanese**
Employment Attorneys

**Nina A. Ovrutsky,** *Associate*
NAO@NYCJobAttorney.com
Direct 917 810 9946

October 26, 2021

**Via ECF**:
Hon. Marcia M. Henry
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

    **Re:**    *Espiritu et al., v. Gourmet Bagel et al.*
             *Docket No.: 17-cv-07072*

Dear Your Honor,

    This firm represents Plaintiffs in the above-referenced matter. On October 25, 2021, we erroneously filed a voluntary stipulation of dismissal without the signature of defense counsel. We respectfully request that the Court disregard that submission. We will be filing a fully executed stipulation of dismissal in short order.

                                                          Respectfully submitted,

                                                          Nina A. Ovrutsky